# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America

vs.

(1) Jose Guadelupe-Ramirez

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: DR:22-M -01698(1)
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 19, 2022** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Jose GUADELUPE-Ramirez, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Del Rio, Tx, Intl Bridge on 10/07/2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The defendant, Jose GUADELUPE-Ramirez, was arrested by Border Patrol Agents, on July 19, 2022 for being an alien illegally present in the United States. Investigation and

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

_L. Melton_
Signature of Complainant
Melton, Lance T.
Border Patrol Agent

07/22/2022
File Date

at DEL RIO, Texas
City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -01698(1)

(1) Jose Guadelupe-Ramirez

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 10/07/2015 through Del Rio, Tx, Intl Bridge. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

Signature of Judicial Officer                    Signature of Complainant